910

No. 95–1779. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER v. DRISCOLL. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–1820. CONNECTICUT v. CASSIDY. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–1969. TATE, WARDEN v. GLENN. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–2093. MOVSESIAN ET AL. v. HAMER. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–137. FLORIDA v. SOCA. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–1782. PRICE v. S–B POWER TOOL, AKA SKIL CORP., A DIVISION OF EMERSON ELECTRIC CO. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 96–5454. MASON v. NORWEST BANK SOUTH DAKOTA, N. A., ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–1910. ZIMMER ET UX. v. AMERICAN TELEPHONE & TELEGRAPH COMPANY OF MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–2018. HOWMEDICA INC. v. HAUDRICH, EXECUTOR AND SOLE LEGATEE OF HAUDRICH, DECEASED. Sup. Ct. Ill. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.